UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | No. C20-1561-RSM |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND DIRECTING FILING OF BILL OF COSTS |
| v. | |
| PYRAMID SAN FRANCISCO MANAGEMENT L.P., a Delaware limited partnership, | |
| Defendant. | |

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Pyramid San Francisco Management L.P. |
| Principal Judgment Amount: | $13,073.31 |
| Liquidated Damages | $2,614.66 |
| Interest to Date of Judgment: | $301.68 |
| Attorneys' Fees | $918.60 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | 3.25% per annum |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND
DIRECTING FILING OF BILL OF COSTS - 1

This matter comes before the Court on Plaintiff's motion for default judgment. Dkt. #9. The motion is GRANTED.  Plaintiff is awarded judgment against Defendant, Pyramid San Francisco Management L.P., in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Local 856 with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust:  for withdrawal liability of $13,073.31, for liquidated damages of $2,614.66, for pre-judgment interest of $301.68, and for attorneys' fees of $918.60, for a total of $16,908.25.

Plaintiff also requests costs in the amount of $479.00.  Pursuant to Fed. R. Civ. P. 54(d) and LCR 54(d), Plaintiff is DIRECTED to file a bill of costs for consideration by the Clerk of Court within twenty-one (21) days from the date of this Order.

DATED this 29th day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND DIRECTING FILING OF BILL OF COSTS - 2